FILED
15-0280
6/18/2015 8:48:17 AM
tex-5723114
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

Robert M. Primo, D.D.S.

██████████████

June 18, 2015

Blake Hawthorne, Clerk
Supreme Court of Texas
201 W. 14th Street, Room 104
Austin, Texas 78701

RE:     Cause No. **15-0280**,
        *Robert Primo v. Benito Y. Garza and Briar Green Condominium Association.*

Dear Mr. Hawthorne,

Please be informed that I withdraw my Petition for Review in the above styled and referenced matter.

Respectfully.

*/s/ Robert M. Primo*
_____

**Robert M. Primo, D.D.S.**

███████████████

**Petitioner**

## CERTIFICATE OF SERVICE

        I certify that on the 18th day of June, 2015, a true and correct copy of the foregoing letter has been served by e-file to all parties of record, in compliance with Tex.R.App.P. 9.5.

*/s/ Robert M. Primo*

**Robert M. Primo, D.D.S.**

**Dennis A. McQueen**
Texas Bar No. 00784581
Pagel, Davis & Hill, P.C.
1415 Louisiana St., 22nd Floor
Houston, TX 77002-7360
Telephone: (713) 951-0160
Fax: (713) 951-0662
Email: dam@pdhlaw.com
Attorney for Respondent Briar Green Condominium Association

**Tim A. Womack**
Texas Bar No. 24071799
600 Hedwig Rd.
Houston, 77024
Telephone: (832) 444-0056
Email: timawomackpa@aol.com
Attorney for Respondent Benito Y. Garza